IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | |
|---|---|---|
| IN RE: | * | |
| DENNIS P. WEY | * | Case No.: 14-24356-RAG |
|     Debtor | * | |
| * * * * * * * * * * * * * | | |
| DENNIS P. WEY | * | |
|     Movant | * | Chapter 7 |
| * * * * * * * * * * * * * | | |

MOTION TO CONVERT
CHAPTER 7 CASE TO CHAPTER 13

Now comes, Dennis P. Wey, by his attorney, Robert N. Grossbart, pursuant to 11 U.S.C. Section 706, and respectfully represents unto this Honorable Court:

1. That on or about September 15, 2014, the Movant filed a voluntary petition under the provisions of 11 U.S.C. Chapter 13.

2. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334, and 11 U.S.C. Section 362(a) and 28 U.S.C. Section 157.

3. That on October 10, 2014, the Debtor converted his Chapter 13 petition to a Chapter 7 petition.

4. That, as a result of the Debtor finding employment immediately after converting the case to Chapter 7, the Debtor now believes there are sufficient monies to fund a Chapter 13 Plan and to make payments to the Chapter 13 Trustee.

5. That within fourteen (14) days from the date an Order is entered by this Honorable Court converting this Chapter 7 case to a Chapter 13, the Debtor will file a Chapter 13 Plan and amended schedules.

WHEREFORE, your Movant prays this Honorable Court:

A. To enter an Order converting his Chapter 7 Bankruptcy Case to one filed under Chapter 13; and

B. Grant this Movant such other and further relief as the nature of this cause may require.

/s/ Robert N. Grossbart. Esquire
ROBERT N. GROSSBART, ESQUIRE
Federal Bar No.: 04116-G
Blaustein Building, Suite 1214
One North Charles Street
Baltimore, Maryland 21201
(410) 837-0590-T
(410) 837-0085-F
Email: Robert@grossbartlaw.com
Attorney for Debtor/Movant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2014, a copy of the foregoing Motion was mailed first class, postage pre-paid/sent electronically via ECF to the Debtor, Office of the U.S. Trustee, 101 W. Lombard Street, 2nd Floor, Baltimore, Maryland 21201; Brian Goldman, Trustee, 2300 W. Joppa Road, Suite 300, Lutherville, MD 21093, and to all Creditors of Record listed on the attached mailing matrix.

/s/ Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQUIRE